ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2,<br><br>    Plaintiff,<br><br>vs.<br><br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RMI MANAGEMENT LLC DBA RED ROCK FINANCIAL SERVICES,<br><br>    Defendants. | Case No.: 2:16-cv-02175-JAD-NJK<br><br>**STIPULATION AND ORDER FOR COST BOND**<br><br>ECF No. 11, 14 |

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-AB2, (**BNY Mellon**) and defendant SFR Investments Pool 1, LLC (**SFR**) hereby stipulate and agree as follows:

1. BNY Mellon shall post a cost bond in the amount of $500.00 or make a cash deposit of $500.00 within 15 days of entry of this order.

. . .

. . .

. . .

{39779929;1}

1

2. This order is without prejudice to BNY Mellon's right to challenge the legal validity of its obligations to respond to SFR's demand at a later date.

Dated this 17th day of October, 2016.

**AKERMAN LLP**

 /s/ *Tenesa S. Scaturro, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

Dated this 17thday of October, 2016.

**KIM GILBERT EBRON**

 /s/ Diana Cline Ebron, Esq.
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 100
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:  October 18, 2016.

{39779929;1}

2