DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2,<br><br>Plaintiff,<br>vs.<br><br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; and RMI MANAGEMENT LLC DBA RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-02175-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL OF U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPMORGAN MORTGAGE ACQUISITION TRUST 2006-CW1**<br><br>ECF No. 41 |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPMORGAN MORTGAGE ACQUISITION TRUST 2006-CW1; and LEVON ADJARIAN, an individual, | |

Counter-Defendant/Cross-Defendants.

IT IS HEREBY STIPULATED AND AGREED between Cross-Claimant SFR Investments Pool 1, LLC ("SFR") and Cross-Defendant, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPMORGAN MORTGAGE ACQUISITION TRUST 2006-CW1 ("U.S. Bank") the following:

U.S. Bank has reviewed SFR's Answer, Counterclaim and Cross-Claim and has determined that it has no legal right, title or interest in the property commonly known as **648 Belsay Castle Court, Las Vegas, NV 89178; Parcel No. 176-18-611-031** (the "Property") which SFR purchased on August 8, 2014 at an HOA foreclosure sale. U.S. Bank expressly disclaims any and all right, title, and interest in the Property; and SFR agrees, based on the U.S. Bank's disclaimer set forth herein, that U.S. Bank should be dismissed from this action, without prejudice; and each party to bear their own attorney's fees and costs.

DATED this 10 day of March, 2017.

**KIM GILBERT EBRON**

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 18 day of January, 2017

**WRIGHT, FINLAY & ZAK, LLP**

SHADD A. WADE, ESQ.
Nevada Bar No.11310
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Phone: (702) 475-7964
Fax:    (702) 946-1345
*Attorneys for U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPMORGAN MORTGAGE ACQUISITION TRUST 2006-CW1*

## ORDER

Local Rule 7-1(c) states that "A stipulation that has been signed by fewer than all the parties or their attorneys will be treated—and must be filed—as a joint motion." This stipulation [ECF No. 41] is between only two of many parties in this action. Accordingly, I treat it as a joint motion under LR 7-1(c), find good cause, and GRANT it [ECF No. 41]. IT IS THEREFORE ORDERED that all claims against U.S. Bank National Association as Trustee for JP Morgan Acquisition Trust 2006-CW1 are DISMISSED with prejudice, each party to bear its own fees and costs.

- 2 -

Jennifer Dorsey
U.S. District Judge  3-10-17