ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for Plaintiff The Bank of New York
Mellon f/k/a The Bank of New York, as Trustee
for the Certificateholders of CWABS, Inc., Asset
Backed Certificates, Series 2005-AB2*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2, <br><br> Plaintiff, <br><br> vs. <br><br> MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RMI MANAGEMENT LLC DBA RED ROCK FINANCIAL SERVICES, <br><br> Defendants. | Case No.: 2:16-cv-02175-JAD-NJK <br><br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE REPLIES TO MOTIONS FOR SUMMARY JUDGMENT** <br><br><br><br> [ECF No. 67] |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON F/K/A/ THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPMORGAN MORTGAGE ACQUISITION TRUST 2006-CW1; AND LEVON ADJARIAN, an individual <br><br> Counter/Cross Defendants. | |

48288108;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-AB2 (**BoNYM**), Manchester at Huntington Homeowners Association (**HOA**), RMI Management LLC (**RMI**) and SFR Investments Pool 1, LLC (**SFR**) stipulate as follows:

1.      SFR filed its motion for summary judgment on February 11, 2019. [ECF No. 59]. HOA filed its motion for summary judgment on February 11, 2019. [ECF No. 60]. BoNYM filed its motion for summary judgment on February 11, 2019 [ECF No. 61] and RMI filed a joinder to the HOA's motion for summary judgment on February 27, 2019 [ECF 62].

2.      BoNYM filed it response to SFR's motion on March 4, 2019 [ECF No. 63]. SFR filed it response to BoNYM's motion on March 4, 2019 [ECF No. 64]. BoNYM filed it response to HOA's motion on March 4, 2019 [ECF No. 65] and HOA filed its response to BoNYM's motion on March 4, 2019 [ECF No. 66]. All the replies are currently due on March 18, 2019.

3.      The Parties hereby stipulate and agree to extend the deadline to file the replies by fourteen (14) additional days. The new deadline for The Parties to file replies in support of their motions for summary judgment shall be **April 1, 2019**.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

48288108;1

4.      This is the first request for an extension of this deadline and is not made for purposes of undue delay. The extension is requested so to allow all counsel an opportunity to meaningfully respond to the arguments raised in each respective opposition.

Dated this 14th day of March, 2019.

AKERMAN **LLP**

/s/ Tenesa Powell
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Plaintiff The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-AB2*

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Ryan Hastings
SEAN L. ANDERSON, ESQ.
Nevada Bar No. 7259
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128

*Attorneys for Manchester at Huntington Homeowners Association*

KIM GILBERT EBRON

/s/ Diana Ebron
DIANA EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 100
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

KOCH & SCOW, LLC

/s/ Steven Scow
STEVEN B. SCOW, ESQ.
Nevada Bar No. 9906
11500 S. Eastern Ave., Ste. 210
Henderson, NV 89052

*Attorneys for RMI Management LLC doing business as Red Rock Financial Services*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey

**DATE:** _March 15, 2019_

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

48288108;1