# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-02175-JAD-NJK<br><br>**Order** |

In light of the parties' settlement, Docket No. 75, the settlement conference is **VACATED**. Dismissal papers must be filed by April 21, 2020. Given the age of this case and the lengthy period given to finalize settlement, the Court is not inclined to extend that deadline.

IT IS SO ORDERED.

Dated: January 23, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge