DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2,<br><br>Plaintiff,<br><br>vs.<br><br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and RMI MANAGEMENT LLC DBA RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No. 2:16-cv-02175-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL** |
| MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION,<br><br>Cross-Claimant,<br><br>vs.<br><br>RMI MANAGEMENT LLC DBA RED ROCK FINANCIAL SERVICES, LLC,<br><br>Cross-Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant/Cross-Claimant, | |

|   |
|---|
| vs. |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2005-AB2; U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR JPMORGAN MORTGAGE ACQUISITION TRUST 2006-CW1; and LEVON ADJARIAN, an individual, |
| Counter-Defendant/Cross-Defendants. |
| RMI MANAGEMENT LLC DBA RED ROCK FINANCIAL SERVICES, |
| Cross-Claimant, |
| vs. |
| MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, |
| Cross-Defendant. |

## STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISMISSAL

The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWABS, Inc., Asset Backed Certificates, Series 2005-AB2 ("BoNYM") and SFR Investments Pool 1, LLC ("SFR") by and through their counsel of record, have reached a settlement in principle as to the claims between BoNYM and SFR and the settlement agreement has been executed.. Additionally, Manchester at Huntington Homeowners Association ("Association") and BoNYM continue settlement discussions.

In the parties April 21, 2020, Joint Response to the Order filed January 23, 2020, the Parties requested an extension to July 20, 2020, to file a status report or dismissal documents. This extension was to allow SFR to perform a condition precedent to the global settlement between SFR and Bank of America, which encompasses the property at issue in this litigation. It was also to allow continued settlement discussions between the Association and BoNYM. A minute order granting the extension was entered on April 22, 2020.

Due to the ongoing Covid-19 crisis, SFR has been unable to complete the settlement condition precedent and Bank of America has agreed to extend the time to complete it. Therefore, the parties hereby stipulate and agree to extend the deadline to dismiss an additional sixty (60) days to September 18, 2020. This will allow additional time for SFR to complete the condition precedent to the settlement as well as allow BoNYM and Association to continue settlement discussions.

This is the parties' second request to extend the status report/dismissal deadline and is not meant to cause harm or prejudice to any party.

DATED this __20th__ day of July, 2020.
**KIM GILBERT EBRON**

/s/ Diana S. Ebron
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this _20th___ day of July, 2020.
**AKERMAN, LLP**

/s/Nicholas E. Belay
Nicholas E. Belay, Esq.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Phone: (702) 634-5000
Fax:    (702) 380-8572
*Attorneys for The Bank of New York Mellon*

DATED this _20th___ day of July, 2020.
**LEACH KERN GRUCHOW ANDERSON SONG**

/s/ Ryan D. Hastings
Ryan D. Hastings.
Nevada Bar No. 12394
E-mail: rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Manchester at Huntington Homeowners Association*

**ORDER**     **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: July 21, 2020

_____
United States Magistrate Judge

- 3 -