# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON,

    Plaintiff(s),

v.

MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-02175-JAD-NJK

**Order**

This matter is set for a mandatory settlement conference for January 28, 2021. Docket No. 92. The Court ordered the submission of settlement statements by January 21, 2021. *See id.* at 3. The Court received settlement statements from the Bank and the HOA, but has not received a settlement statement from Defendant RMI Management LLC (doing business as Red Rock Financial Services).[1]

No later than 3:00 p.m. on January 25, 2021, RMI must either (1) submit to the chambers email a settlement statement as required by Docket No. 92 or (2) file on the docket a motion to be excused from the settlement conference with a fulsome explanation as to why it should not be required to appear. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE DISPOSITIVE SANCTIONS.**

IT IS SO ORDERED.

Dated: January 22, 2021

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] It appears there are live claims remaining that involve RMI. *See, e.g.*, Docket No. 19.

1