# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-02175-JAD-NJK<br><br>**Order** |

This matter is set for a mandatory settlement conference for January 28, 2021.  Docket No. 92.  The Court required the submission of settlement statements that include, among other items, an email address for the participants so that they can attend the settlement conference by video.  *Id.* at 3.  The HOA's settlement statement does not identify a representative with settlement authority who will be attending the settlement conference and provides no email for any member for the HOA.  Accordingly, the HOA must submit an amended settlement statement by 3:00 p.m. on January 25, 2021.

IT IS SO ORDERED.

Dated: January 22, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

1