# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br><br>    Plaintiff(s),<br><br>v.<br><br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-02175-JAD-NJK<br><br>**Order** |

A settlement conference is set for January 28, 2021. Docket No. 92. The HOA submitted an amended settlement statement today that reflects an update on its settlement status with the Bank. The representations appear to reflect that, at a minimum, the scope of live issues at the settlement conference might be narrowed at this point. The Court hereby **SETS** a telephonic status conference for 10:00 a.m. on January 26, 2021. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

**This hearing must be attended by counsel for the Bank, the HOA, and RMI Management.** Counsel must be prepared specifically to explain what claims, if any, remain for settlement discussions at the upcoming settlement conference.

IT IS SO ORDERED.

Dated: January 25, 2021

                                                                   Nancy J. Koppe<br>
                                                                   United States Magistrate Judge