# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

THE BANK OF NEW YORK MELLON,

    Plaintiff(s),

v.

MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-02175-JAD-NJK

**Order**

It appears that all remaining disputed claims have been settled. *See* Docket Nos. 97, 99, 100.[1] Accordingly, the settlement conference is hereby **VACATED**.

IT IS SO ORDERED.

Dated: January 27, 2021

                                    Nancy J. Koppe
United States Magistrate Judge

---

[1] With respect to the notices of settlement, Docket Nos. 97, 99, dismissal papers must be filed within 60 days of the issuance of this order.