# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON,<br>　　Plaintiff(s),<br>v.<br>MANCHESTER AT HUNTINGTON HOMEOWNERS ASSOCIATION, et al.,<br>　　Defendant(s). | Case No.: 2:16-cv-02175-JAD-NJK<br>**Order**<br>[Docket No. 90] |

　　Pending before the Court is the fourth request to delay the deadline for the Bank and SFR to file dismissal papers in light of their settlement. Docket No. 90. Since the time that stipulation was filed, additional parties have settled the remaining disputed claims in this case and the corresponding dismissal papers are now due in the coming months. *See* Docket No. 101. Given that the case will remain open at this time in light of these other settlements, the Court will allow the extension sought by the Bank and SFR to file their own dismissal papers. <u>This case cannot remain in limbo forever, however, and all diligence is required for the Bank and SFR to complete any action necessary so that dismissal papers can be filed by the deadline set herein.</u>

　　Accordingly, the stipulation to extend at Docket No. 90 is **GRANTED**. The deadline for the Bank and SFR to file dismissal papers is **EXTENDED** to June 1, 2021.

　　Additionally, the hearing set for February 9, 2021, is hereby **VACATED**.

　　IT IS SO ORDERED.

　　Dated: January 27, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge