# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

The Bank Of New York Mellon,

           Plaintiff,

v.

Manchester at Huntington Homeowners Association, et al,

           Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02175-JAD-NJK

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered against Adjarian and in favor of SFR on its claims against Adjarian only.

5/14/2021
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk