UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| The Bank of New York Mellon,<br><br>    Plaintiff<br><br>v.<br><br>Manchester at Huntington Homeowners Association et. al.,<br><br>    Defendants | Case No.: 2:16-cv-02175-JAD-NJK<br><br>**Order to Disburse Bond** |

    Attorney Tenesa S. Scaturro, on behalf of Bank of New York Mellon, tendered $500 to the Clerk of Court for deposit into the court's Registry Account as security for costs required under NRS 18.130 and my order at ECF No. 16.[1] Once a bond is posted under NRS 18.130(1), it "must remain for the defendant's benefit until the action is dismissed or judgment is entered."[2] I granted the parties' stipulation for dismissal and closed the case.[3]

    IT IS THEREFORE ORDERED that the Motion to Release Bond **[ECF No. 124] is GRANTED**; the Clerk of Court is directed to disburse and mail the full bond amount and any interest payable to:

Bank of New York Mellon c/o Tenesa S. Scaturro, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

_____
U.S. District Judge Jennifer A. Dorsey
December 28, 2021

---

[1] ECF No. 18.

[2] *State ex rel. Hersh v. First Judicial Dist. Court*, 464 P.2d 783, 785 (Nev. 1970).

[3] ECF No. 120.